IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

REBIO RONNIE TOWNSEND,

    Petitioner,               No. CIV S-11-2058 GGH P

   vs.

ATASCAEDRO STATE HOSPITAL,

    Respondent.             ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Respondent filed a motion to dismiss on December 21, 2011, yet petitioner has failed to file an opposition or otherwise communicate with the court. Petitioner shall file an opposition to the motion to dismiss within 21 days or else this case will be dismissed.

        In accordance with the above, IT IS HEREBY ORDERED that petitioner file an opposition to the motion to dismiss within 21 days of service of this order or else this case will be dismissed.

DATED: February 8, 2012

                                  /s/ Gregory G. Hollows
                              UNITED STATES MAGISTRATE JUDGE

GGH: AB - town2058.ord

1